UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JIMMY COCHRANE,

    Plaintiff,

v.                                Case No:   2:13-cv-592-FtM-38DNF

CIRCLE K. STORES, INC.,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court on Joint Stipulation for Dismissal with Prejudice (Doc. #33) filed on March 18, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order. The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)   A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)   A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Parties stipulate to the entry of an Order dismissing this action with prejudice, with each party to bear his/its own fees and costs, except as otherwise

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

agreed by the Parties. Both Parties have signed the stipulation. Accordingly the matter is due to be dismissed pursuant to Rule 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED:**

(1) This cause is **DISMISSED with prejudice**.

(2) The Clerk of the Court is directed to **CLOSE** the case, terminate any pending motions and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 18th day of March, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record